1 DANIEL J. BRODERICK, #89424


1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DANIEL TAYLOR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   CHRISTINE LAMPASONA
9

10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,        )  No. CR-S-12-0002 KJN
                                     )
16                 Plaintiff,        )
                                     )  STIPULATION AND ORDER FOR A
17       v.                          )  CONTINUANCE OF INITIAL APPEARANCE
                                     )
18  CHRISTINE LAMPASONA,             )
                                     )  Date:  January 25, 2012
19                 Defendant.        )  Time:  9:00 a.m.
                                     )  Judge: Hon. Kendall J. Newman
20  _____ )

21

22       Defendant CHRISTINE LAMPASONA, by and through her attorney, LINDA

23  HARTER, Chief Assistant Federal Defender, and the United States

24  government, by and through its counsel, JUSTIN LEE, Special Assistant

25  United States Attorney, do hereby stipulate that the initial appearance

26  set for January 25 be rescheduled for an initial appearance on April

27  25, 2012 at 9 a.m.

28       This continuance is being requested because Mrs. LAMPASONA

1  currently lives in Kentucky and would not be able to make an appearance
2  at the time currently designated.  Also, this will give counsel time to
3  determine if resolution can be reached between Mrs. LAMPASONA and the
4  government and if the case should be transferred to somewhere closer to
5  Mrs. LAMPASONA per rule 20.

6

7  Dated:  January 23, 2012
                              Respectfully submitted,
8
                              DANIEL J. BRODERICK
9                             Federal Defender

10

11                            /s/ Linda C. Harter
                              LINDA C. HARTER
12                            Chief Assistant Federal Defender
                              Attorney for Defendant
13                            CHRISTINE LAMPASONA

14 Dated:  January 23, 2012
                              BENJAMIN WAGNER
15                            United States Attorney

16

17                            /s/ Linda C. Harter for
                              JUSTIN LEE
18                            Special Assistant U.S. Attorney

19
   **SO ORDERED.**
20

21 Dated: January 24, 2012

22

23

24

25                            _____
                              KENDALL J. NEWMAN
26                            UNITED STATES MAGISTRATE JUDGE

27

28

Stipulation and [Proposed] Order  -2-