```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DANIEL TAYLOR
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  CHRISTINE LAMPASONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-0002 KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | FOR A CONTINUANCE OF INITIAL |
| ) | APPEARANCE |
| CHRISTINE LAMPASONA, ) | |
| ) | |
| Defendant. ) | Date: April 25, 2012 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Kendall J. Newman |

Defendant CHRISTINE LAMPASONA, by and through her attorney, LINDA HARTER, Chief Assistant Federal Defender, and the United States government, by and through its counsel, JUSTIN LEE, Special Assistant United States Attorney, do hereby stipulate that the initial appearance set for April 25, 2012 at 9 a.m. be rescheduled for an initial appearance on May 30, 2012 at 9 a.m.

This continuance is being requested because Mrs. LAMPASONA currently lives in Kentucky and the parties are in the process of having the case transferred to Kentucky for all proceedings. The parties are close to finalizing the transfer but need some extra time for the paperwork to be processed.

Dated: April 18, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHRISTINE LAMPASONA

Dated: April 18, 2012

BENJAMIN WAGNER
United States Attorney


/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**SO ORDERED.**

Dated: April 18, 2012


/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge